# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY H. CAHILL, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 12-5753 |
| CAROLYN W. COLVIN, : | |
| Acting Commissioner of Social Security : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 8th day of August, 2013, upon consideration of plaintiff Timothy Cahill's Request for Review (Doc. No. 9), the Commissioner's response thereto, and plaintiff's reply; and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Doc. No. 13), and plaintiff's objections thereto; and for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's objections are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED** to the extent it is consistent with the accompanying memorandum.

3. Plaintiff's Request for Review is **DENIED**.

4. Judgment is **ENTERED** affirming the decision of the Commissioner of Social Security.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge