**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                                                    |     |                |
| -------------------------------------------------- | --- | -------------- |
|                                                    | :   |                |
| TIMOTHY H. CAHILL,                                 | :   |                |
|                                                    | :   |                |
| Plaintiff,                                         | :   |                |
|                                                    | :   | CIVIL ACTION   |
| v.                                                 | :   |                |
|                                                    | :   | NO. 12-5753    |
| CAROLYN W. COLVIN,                                 | :   |                |
| Acting Commissioner of Social Security             | :   |                |
|                                                    | :   |                |
| Defendant.                                         | :   |                |

**ORDER**

**AND NOW**, this 8th day of August, 2013, upon consideration of plaintiff Timothy

Cahill's Request for Review (Doc. No. 9), the Commissioner's response thereto, and plaintiff's

reply; and after careful and independent review of the Report and Recommendation of United

States Magistrate Judge Jacob P. Hart (Doc. No. 13), and plaintiff's objections thereto; and for

the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's objections are **OVERRULED**.

2.  The Report and Recommendation is **APPROVED** and **ADOPTED** to the extent

    it is consistent with the accompanying memorandum.

3.  Plaintiff's Request for Review is **DENIED**.

4.  Judgment is **ENTERED** affirming the decision of the Commissioner of Social

    Security.

                                                s/William H. Yohn Jr.
                                                William H. Yohn Jr., Judge